FILED

OCT - 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   No. CR 13mj 71185 HRL

    Plaintiff,

v.   **ORDER - CJA CONTRIBUTIONS DUE**

Mayra Guzman-Martinez

    Defendant.

_____/

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]   THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ ~~100.00~~ 75.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of __10/15__ and the SAME DAY each month thereafter;

[X]   MAIL TO:   Clerk, U.S. District Court
    280 South First Street, Room 2112
    San Jose, CA 95113-3095

[ ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ]   MAIL TO:   Clerk, U.S. District Court
    280 South First Street, Room 2112
    San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 10/1/2013   _____
    Howard R. Lloyd, U.S. Magistrate Judge