1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CASEY O'NEILL (NYBN 4715363)
   Special Assistant United States Attorney

5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5080
7     Fax: (408) 535-5066
      E-Mail: Casey.O'Neill@usdoj.gov

8
   Attorneys for the United States of America
9

**FILED**

NOV – 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )  CASE NO. 13-CR-71185 HRL
                                     )
14         Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                     )
15     v.                            )
                                     )
16  MAYRA GUZMAN,                    )
                                     )
17         Defendant.                )
                                     )
18  _____)

19

20         With the agreement of the parties, and with the consent of the defendant, the Court enters this

21  order vacating the currently scheduled arraignment or preliminary hearing date of November 7, 2013, at

22  1:30 p.m., and reschedules that date for November 21, 2013, at 1:30 p.m. This stipulation and order

23  further serves to document: the defendant's waiver of the time for arraignment on an indictment or a

24  preliminary hearing under Federal Rule of Criminal Procedure 5.1; waiver of time for filing of an

25  information or indictment under the Speedy Trial Act, 18 U.S.C. § 3161(b) from November 7, 2013

26  through and including November 21, 2013; and the Court's exclusion of time for filing of an

27

28  STIPULATION AND [PROPOSED] ORDER
    13-CR-71185 HRL
                                            1

1  information or indictment under the Speedy Trial Act, 18 U.S.C. § 3161(b) from November 7, 2013

2  through and including November 21, 2013.

3  The parties agree, and the Court finds, as follows:

4  1.  The defendant is out of custody on an unsecured bond;

5  2.  The Government has provided discovery to defense counsel, who is reviewing that discovery,

6  evaluating his client's exposure, and considering whether to waive indictment or whether, if

7  possible, to dispose of the case pre-indictment;

8  3.  The defendant and defense counsel agree to exclusion of time under the Speedy Trial Act

9  based on defense counsel's need effectively to prepare at this stage of the proceedings; and

10  4.  Defense counsel believes postponing indictment and continuing the arraignment or

11  preliminary hearing date is in his client's best interest and is not prejudicial to his client.

12  The Court finds as follows:

13  a.  Taking into account the public interest in the prompt disposition of criminal cases, the

14  aforementioned grounds constitute good cause to extend the time limits for an arraignment or

15  preliminary hearing under Rule 5.1; and

16  b.  Under the circumstances, a failure to grant the requested continuance and exclusion of time

17  would unreasonably deny defense counsel reasonable time necessary for effective

18  preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §

19  3161(h)(7)(B)(iv), and the ends of justice served by granting the requested continuance and

20  exclusion of time under the Speedy Trial Act outweigh the best interest of the public and the

21  defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

22

23

24

25

26

27

28

Dated: November 1, 2013

MELINDA HAAG
United States Attorney


_____/s/_____
CASEY O'NEILL
Special Assistant United States Attorney


_____/s/_____
Dated: November 1, 2013

WM. MICHAEL WHELAN
Counsel for defendant Mayra Guzman


IT IS SO ORDERED that the arraignment or preliminary hearing date is continued as set forth above and time is excluded under the Speedy Trial Act as set forth above:

Dated: November 4, 2013

_____
HON. HOWARD R. LLOYD,
United States Magistrate Judge